MIRIAM DELGADO, Appellant, v MARKWORT SPORTING GOODS COMPANY et al., Respondents. (And a Third-Party Action.)

Submitted May 28, 2014; decided June 10, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]).

COLLEEN DERBY, Appellant, v FABIAN BITAN, Respondent.

Decided June 10, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of MICHAEL A. GOLDSTEIN et al., Appellants, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Decided June 10, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.